**FILED**

05/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0075

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0075

VERNON STENSVAD,

      Plaintiff/Appellee,

  v.

NEWMAN AYERS RANCH, INC.

      Defendant/Appellant.

ORDER GRANTING EXTENSION OF
TIME TO FILE RESPONSE BRIEF

Albert R. Batterman as attorney for the Appellee, has filed a Motion requesting an extension of time in which to file his opening brief, which is due on May 20, 2021.

Albert R. Batterman has certified to the Court that he has contacted the attorneys for the Appellant and he has no objection to the requested extension.

///

///

1

WHEREFORE, pursuant to Rule 26(1), M.R.App.P., the Appellee is granted an extension to file his response brief, up to and including June 28, 2024.

DATED this _____ day of May, 2024.

_____
Justice, Montana Supreme Court

cc: Batterman, Badaruddin

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 17 2024